# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number: 3:19-PO-176 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| JOSEPH E. EGAN | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon the Government's oral motion to Dismiss, the above-referenced case is hereby DISMISSED.

August 27, 2020
　　　　　　　　　　　　　　　　　　　　s/Michael J. Newman
　　　　　　　　　　　　　　　　　　　　Michael J. Newman
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge